UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2018 FEB -5  PM 1:48

| | | |
|---|---|---|
| **BRYAN KANU** | ) | |
| | ) | **Case No. 1:18-cv-38** |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | **Honorable  J. Black** |
| | ) | **Honorable M.J. Bowman** |
| **SIEMENS PLM, et al.,** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | **RE: ORDER TO SHOW CAUSE** |
| | ) | |

Here comes the Plaintiff, Bryan Kanu, responding to U.S. Magistrate Judge Bowman's order to show cause as to why the conditional grant of *in forma pauperis* status should not be revoked and denied.

In the order, the honorable U.S. Magistrate Judge stated that the Plaintiff "failed to indicate the amount paid each month concerning any of his loans, indicating only the total debt owed."

The Plaintiff states that he currently has $31, 833.06 in outstanding private student loan debt, and that he pays the monthly interest on each of his 6 private Sallie Mae loans in order to reduce the amount he has to pay upon graduation. Plaintiff states that he pays approximately $144 per month in total on these loans.

Plaintiff, respectfully, requests the court not revoke and deny the conditional grant of *in forma pauperis* because of the fact that the Plaintiff is a full-time independent student, and that one weekly expense not documented on the application for *in forma*

*pauperis* is the Plaintiffs grocery expense. Plaintiff states that over the past 3 weeks, his

weekly grocery expenses have been $144.76, $184.02, and $97.62; a total of $426.40.

Plaintiff states that as he is taking online classes, he has a monthly cable bill of $59.99,

and this is only for internet. Plaintiff states that he does not have a television+high speed

internet package, or a telephone+high speed internet package.

Plaintiff states that while the amount he has in savings exceeds the $400 required

to file a complaint in the U.S. District Court for the Southern District of Ohio's Western

Division, filing two complaints (1:18-cv-38 and 1:18-cv-37) is $800, and that amount is

the equivalent of one month's rent, at least two weeks of groceries, and one month of

high speed internet.

Plaintiff states that there is also the electric bill, which fluctuates from month to

month. On January 2, 2018, Plaintiff paid $35.13, and $30.71 in December of 2017 for

electric. Plaintiff states that his complaints are seeking damages due to the loss of

reputation, loss of employment opportunities, loss of future wages, etc., and that he is

currently doing the best he can to get through college while being financially responsible

as an independent student.

In closing, the Plaintiff requests that the court -- in lieu of revoking and denying

the conditional grant of *in forma pauperis* -- ask the Plaintiff to submit *specific* additional

information related to the need for a waiver of the $400 filing fee if they should find this

response to be insufficient to show cause. Plaintiff appreciates the conditional grant by

the Honorable Magistrate Judge, and has read the order and report and recommendation

very carefully in order to meet the expectations that M.J. Bowman has outlined in those filings.

      Plaintiff states that he has amended and filed -- with this response -- the requested complaints that are in compliance with Order 4(a) and Rule 8. Fed. R. Civ. P. . Plaintiff wants the Magistrate Judge to know that he appreciates the chance to amend the complaints so that they are compliant.

      Respectfully submitted, under penalty of perjury. Executed on this 5th day, of February, 2018.

s/ Bryan Kanu
2663 Wendee Dr. Apt. 1919
Cincinnati, Ohio 45238
bryan.kanu18@gmail.com
