UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRYAN KANU,

       Plaintiff,

   v.

SIEMENS PLM, et al.,

       Defendants.

Case No. 1:18-cv-38

Black, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

On January 19, 2018, Plaintiff filed two motions seeking leave to file two separate complaints in this Court *in forma pauperis*, or without payment of the requisite filing fee that is ordinarily required to file a case in this court.[1] (Doc. 1). On January 29, 2018, the undersigned conditionally granted Plaintiff leave to initiate both cases *in forma pauperis*, but simultaneously issued an order requiring Plaintiff to "show cause" why his *in forma pauperis* status should not be revoked and denied. Additionally, the undersigned filed a Report and Recommendation ("R&R") in each of the two cases recommending that the initial complaints be dismissed, without prejudice to refile a first amended complaint to correct the glaring deficiencies of the related complaints.

On February 5, 2018, Plaintiff filed responses to the "show cause" orders issued in each of the two cases, as well as amended complaints in both cases that purported to cure the fatal deficiencies of the initial complaints. On February 8, 2018, the undersigned

---

[1] A second case was opened as *Kanu v. Seimens PLM Software*, Case No. 1:18-cv-37.

recommended that the prior conditional grant of Plaintiff's *in forma pauperis* status be revoked, and that Plaintiff be required to pay the requisite $400 filing fee in order to proceed in this Court. (Doc. 8). The Supplemental R&R further concluded that Plaintiff's first amended complaint failed to allege sufficient factual content to state a plausible discrimination claim. (*Id.* at 6). Notably, the undersigned filed virtually the same Supplemental R&R in Case No. 1:18-cv-37.

In Case No. 1:18-cv-37, the presiding district judge adopted the Supplemental R&R on July 31, 2018, thereby terminating that case. (*See id.*, at Doc. 12). Plaintiff's motion for leave to appeal *in forma pauperis* to the Sixth Circuit was denied, first by this Court, and subsequently by the Sixth Circuit Court of Appeals on grounds that there was "no non-frivolous basis on which to appeal the district court's dismissal of Kanu's amended complaint." (*Id.*, at Doc. 18 at 3; *see also* Case No. 1:18-cv-37, Doc. 17).

While the February 2018 Supplemental R&R in this case has been pending, Plaintiff filed Objections to that Supplemental R&R as well as a second amended complaint. (Doc. 11). Six months later, on August 8, 2018, Plaintiff filed a motion seeking leave to file a <u>third</u> amended complaint. In his most recent motion, Plaintiff acknowledges that he previously attempted to file a second amended complaint in Case No. 1:18-cv-37, but that Judge Black "ordered Plaintiff's 2nd Amended Complaint…to be stricken from the record because the complaint was not 'filed with leave of court pursuant to Rule 15(a)(2).'" (Doc. 12 at 1). Plaintiff explains that he has filed his motion seeking leave to file a third amended complaint in the above-captioned case in order to avoid the same procedural bar.

2

Regardless of Plaintiff's attempt to cure his procedural error by filing a motion seeking leave to amend, the undersigned continues to find both the second and third proposed amendments to Plaintiff's complaint to be deficient for all the reasons previously stated in the Supplemental R&R filed on February 8, 2018.  In addition, as previously explained, Plaintiff's *in forma pauperis* status should be revoked.  Last but not least, justice simply does not require this Court to permit a pro se plaintiff unlimited opportunities to amend his complaint, in hopes of eventually stating some claim.

Accordingly, for the reasons stated in the Supplemental R&R filed on February 8, 2018 and for the additional reasons stated herein, **IT IS RECOMMENDED THAT** Plaintiff's most recent motion seeking leave to further amend his complaint (Doc. 12) be **DENIED**.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

BRYAN KANU,

        Plaintiff,

  v.

SIEMENS PLM, et al.,

        Defendants.

Case No. 1:18-cv-38

Black, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

4